## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUMMER INFANT (USA), INC., *Plaintiff,* -against- TOMY INTERNATIONAL, INC., *Defendant.* | C.A. No. 17-cv-549-MSM-PAS |

### UNOPPOSED MOTION OF SUMMER INFANT (USA), INC. FOR TWO-WEEK EXTENSION OF DEADLINE FOR DISPOSITIVE AND *DAUBERT* MOTIONS

Plaintiff Summer Infant (USA), Inc. respectfully requests that the Court extend the deadline for the submission of dispositive and *Daubert* motions by two weeks, to February 15, 2021. Summer Infant has consulted with counsel for Defendant TOMY International, Inc., who has indicated that TOMY does not oppose the relief sought.

This request is necessitated by unanticipated scheduling difficulties of Summer Infant's counsel. Undersigned counsel is available at the Court's convenience to provide any further information needed by the Court to assess the propriety of this motion.

WHEREFORE, Summer Infant respectfully request that this Court enter an order extending the deadline for dispositive and *Daubert* motions from February 1, 2021 to February 15, 2021.

Dated: January 25, 2021

>Respectfully submitted,
>Plaintiff and Counterclaim Defendant,
>Summer Infant (USA), Inc.
>By its attorneys,
>
>/s/ Jeffrey K. Techentin
>Jeffrey K. Techentin [No. 6651]
>jtechentin@apslaw.com
>ADLER POLLOCK & SHEEHAN P.C.
>One Citizens Plaza, 8th Floor
>Providence, RI 02903
>Tel: 401-274-7200
>Fax: 401-351-4607

## CERTIFICATE OF SERVICE

hereby certify that on January 25, 2021, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 1:17-cv-549-MSM-PAS.

>/s/ *Jeffrey K. Techentin*