# EXHIBIT U
# Excerpts from the
# Deposition of Charles Mauro

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SUMMER INFANT (USA), INC.
      Plaintiff

VS.                         C.A. NO. 17-cv-549-MSM-PAS

TOMY INTERNATIONAL, INC.
      Defendant

CONFIDENTIAL

CONFIDENTIAL

    VIDEOCONFERENCE DEPOSITION OF CHARLES L. MAURO, an Expert Witness in the above entitled cause, who appeared remotely, taken on behalf of the Plaintiff, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, taken through the offices of Adler, Pollock & Sheehan, PC, on September 25, 2020 at 10:00 A.M.

APPEARANCES:
APPEARING REMOTELY:

FOR THE PLAINTIFF.......ADLER, POLLOCK & SHEEHAN, PC
                      BY: JEFFREY K. TECHENTIN, ESQ.
                      JAMIE J. BACHANT, ESQ.
                      ONE CITIZENS PLAZA
                      PROVIDENCE RI 02903

FOR THE DEFENDANT.......SAUL EWING ARNSTEIN & LEHR, LLP
                      BY: JOSEPH M. KUO, ESQ.
                      161 N. CLARK STREET, SUITE 4200
                      CHICAGO, IL 60601

Charles L. Mauro - CONFIDENTIAL - September 25, 2020

161

1  produced you need to have some camber in the mold
2  itself, right?
3  A.  Yes, sir, exactly that's right.
4              MR. TECHENTIN: We can take a break
5  for a few minutes.
6              MR. KUO:  Great.  Ten minutes?
7              MR. TECHENTIN: Yes.
8              MR. KUO:  Thank you.
9              (RECESS)
10 Q.  Back on the record.  Mr. Mauro, is it possible
11 with your training and experience as an industrial
12 engineer and a human factors engineer --
13 industrial designer and human factors engineer to
14 determine the incline angle of a curved surface,
15 curved in two different directions with respect to
16 another surface that is curved in two different
17 directions?
18             THE WITNESS:  Is it technically
19 possible, is that your question?
20             MR. TECHENTIN:  Yes.
21 A.  Sure.  Look at the CAD file.  You can do
22 that.  But I just want to, since we're back on
23 this, what's important is one of the ordinary
24 skill in the art that's designing infant seating
25 would look at a claim that says the inclination or

Charles L. Mauro - CONFIDENTIAL - September 25, 2020

162

```
 1        angle of the backrest, for example, and they would
 2        know that that backrest is curved.  One of
 3        ordinary skill is not going to confuse this
 4        straight line thing with the curve.  One of
 5        ordinary skill automatically understands when you
 6        see an inclination even as a discrete angle, let's
 7        say 87 degrees, something like that, that that
 8        seat back is actually curved in two dimensions.
 9            Now, could you look at the CAD file and look
10        at the three-dimensional mesh that's used to
11        create three-dimensional shade in the backrest in
12        CAD, you can measure it at any point on that
13        three-dimensional surface, how many directions you
14        want, what is a discrete angle, if you want, with
15        reference to the world or some other reference
16        point.
17            But what's really important is that one of
18        ordinary skill in the art when they read
19        inclination, they understand curve, that's the way
20        they read that specification.
21   Q.   And is that shown anywhere in the patent?
22   A.   Well, no, because the patent is properly
23        written.  It describes, you know, two incline
24        surfaces which are essentially backrests.  When a
25        designer, industrial designer, human factors
```

Charles L. Mauro - CONFIDENTIAL - September 25, 2020

163

1   engineer reads those requirements, they know there
2   is an incline seat here and incline seat here and
3   those incline seats are the curve.
4   Q. Well, you understand that in the accused product
5   the rim is also curved, right?
6           THE WITNESS: You're talking about
7   the outer rim itself, the structural rim,
8   structural rim of the whole bath?
9   Q. I'm talking about the rim as that term is used in
10  Claim 1.
11  A. Yes, that's correct. What was the question?
12  Q. In the accused product the rim is curved, right?
13  A. Yes, sir, it is.
14  Q. And it's curved in three dimensions, correct?
15  A. It is.
16  Q. What is the incline angle of the infant side
17  backrest with respect to the rim in the accused
18  product?
19  A. I didn't measure it. I don't have that
20  figure.
21  Q. How would you do that?
22  A. Again, I'd go back to the CAD file. Don't
23  forget --
24  Q. Okay. Did you ask for the CAD files?
25  A. Don't need them, because in the context of