# EXHIBIT 10



# US Product Quality and Compliance Manual

## I. Introduction

At Walmart and Sam's Club, we are committed to providing our customers and members with safe and affordable merchandise.  This commitment is consistent with our company's four basic beliefs:
- **Service to the Customer**
- **Respect for the Individual**
- **Strive for Excellence**
- **Act with Integrity**

Service to the Customer means we listen to, anticipate and serve customers' wants and needs. **Respect for the Individual** translates to meeting our customers' expectations; safe and compliant product reflecting the best value.  We **Strive for Excellence** by not simply meeting but exceeding our customers' expectations.  Lastly, we **Act with Integrity** by working diligently to be the most trusted retailer.

As a supplier to Walmart, Inc. ("Walmart"), we expect you to be our partner in delivering products that meet our commitment.  One way we do this is by requiring our suppliers to meet all applicable federal, state, and local laws and Walmart-specific requirements for all items offered for sale.  Additionally, we expect our private brand suppliers to hold their supply chains to the same rigorous standards to which we hold you.  To facilitate your compliance, this manual was created to provide a consolidated source for Walmart product testing requirements and expectations.

Be assured that Walmart will not retaliate against suppliers who, in good faith, raise legal, ethical, or compliance concerns. In fact, failure to report a violation could jeopardize your relationship with Walmart. If you become aware that any of your products violate or fail to meet any regulatory standards or Walmart-specific requirements, you must inform Walmart immediately.  You can report violations regarding the product itself by completing a Product Removal Form on Retail Link or by sending an e-mail to GMComply@walmart.com.

In addition, suppliers are expected to avoid undue influence or any attempt to persuade, pressure, suggest, or instruct any employee of a third-party laboratory to withhold or change safety or regulatory test results per 16 CFR 1107.24.  Violations can be reported through the Walmart Global Ethics website.

This manual, and the specific requirements outlined herein, apply to suppliers of Walmart Stores and Sam's Club located in the United States and Puerto Rico only, and to Walmart.com and Samsclub.com.  The use of the term "Walmart" in this manual includes; Walmart Stores, Sam's Clubs and all applicable eCommerce entities. The scope of this manual does not include food, dietary supplements, drugs, alcohol, tobacco or firearms.

**Walmart does not provide legal advice to suppliers.  Suppliers should seek their own legal counsel to ensure compliance with all laws and regulations applicable to their products.**

TI_001616



Complete the checklist below for each item you are supplying to Walmart or Sam's Club in order to successfully complete the Testing Program.

| General Testing Program<br>General Merchandise and Consumables Suppliers for Walmart and Sam's Club, check all boxes below | Yes | N/A |
|---|---|---|
| Review Testing Process Stakeholders | ☐ | ☐ |
| Review General Testing Process Flow | ☐ | ☐ |
| Determine your Brand Type, Supplier Designation, Testing Cycle | ☐ | ☐ |
| Understand Product Modifications that require new testing | ☐ | ☐ |
| Determine the assigned test labs (Internal Link) for your products<br>Note: Suppliers are required to use the same physical lab location for all pre-production, initial production and re-testing | ☐ | ☐ |
| Complete Test Request Form (TRF) provided by selected Third Party Testing Laboratory | ☐ | ☐ |
| Schedule Production Sample Sealing (Internal Link) for Direct Import products | ☐ | ☐ |
| Submit samples to laboratory Note: Laboratory will advise sample submission quantity | ☐ | ☐ |
| Obtain passed Pre-Production report<br>   *failed result, see Failure Management Program | ☐ | ☐ |
| Obtain passed Production report<br>   *failed result, see Failure Management Program | ☐ | ☐ |
| Review Product Removal Guidelines | ☐ | ☐ |
| **Product Safety & Compliance Program**<br>General Merchandise and Consumables Suppliers for Walmart and Sam's Club, check all boxes below | | |
| Determine regulatory compliance testing requirements applicable to your product<br>*Product Safety & Compliance Directives (Internal Link) & Protocols (Internal Link) | ☐ | ☐ |
| Review Non-Private Brand Testing Program | ☐ | ☐ |
| ICIX (International Compliance Information Exchange) request completed and closed out | ☐ | ☐ |
| Register with GRS (Global Registration Services) | ☐ | ☐ |
| Register with WERCS (Worldwide Environmental & Regulatory Compliance Systems) | ☐ | ☐ |
| Review Document Acceptance List (DAL) and provide supporting documentation | ☐ | ☐ |
| Supply a Letter of Guarantee (LOG) | ☐ | ☐ |
| For online ONLY items, contact the eCommerce Compliance Team and see Section VI. for testing requirements | ☐ | ☐ |
| **Walmart Quality Programs**<br>General Merchandise and Consumables Suppliers for Walmart and Sam's Club check all boxes under your product category | | |
| • **General Merchandise Products** | | |
| Determine all testing requirements applicable to your product.<br>* General Merchandise Performance Protocol Manual (Internal Link) | ☐ | ☐ |
| Review In-Store Performance Testing program. | ☐ | ☐ |
| Review RIST and SKPPT programs. | | |
| Provide Bill of Materials/Product Specification for Private Brand item | ☐ | ☐ |
| Complete Aesthetic Review and Color Approval Samples (Appendix A) | ☐ | ☐ |
| • **Apparel Products** | | |
| Review the Apparel, Accessories, Footwear and Jewelry Manuals & Tools Folder (Internal Link) | ☐ | ☐ |
| • **Online Exclusive Products** | | |
| See Section VI. Online Exclusive Compliance and Quality Product Approval Process | ☐ | ☐ |
| • **Consumables Products** | | |
| Contact Walmart Consumables Team for testing requirements | ☐ | ☐ |
| • **Sam's Club Products** | | |
| Contact Sam's Club Quality Team for testing requirements | ☐ | ☐ |

TI_001617



## II. Stakeholders

### A. Walmart Product Safety and Compliance (PSC)

This team is responsible for compliance with legislation and regulations. It achieves this through, among other things, establishing and monitoring the testing compliance program and overseeing recalls and product withdrawals.
- Walmart US & Sam's Club
  - Contact: GMComply@walmart.com
- Walmart.com, SamsClub.com and their subsidiaries
  - Contact: CompliaGeC@walmart.com

### B. Walmart Quality Departments

This team is responsible for product performance standards, specifications and performance testing.
- Walmart General Merchandise Quality and Technical Team
  - Contact: gmtechnical@walmart.com

### C. Third-Party Laboratories
The third-party laboratories perform safety, performance, regulatory and quality testing/verification for products sold by Walmart.

### D. Suppliers
These companies manufacture and sell products to Walmart.

[CONTINUED ON NEXT PAGE]


## III. General Testing Program Overview

### A. General Testing Requirements (not applicable to Online Exclusive Items)

|  | *Direct Import Supplier Type | | Domestic | DI / DO |
|---|---|---|---|---|
|  | A or B | ³C | Non-Private Brand | Private Brand |
| MAP/Component Testing (before PP) | ²T | R | R | ²T |
| Preproduction (Compliance) | R | R | R | R |
| Preproduction (Performance) | T | R | R | T |
| Production Testing (Initial & Annual for Performance/Compliance) | T | T | T | T |
| ²Instore (Test Frequency per Year) | ¹Lev I  1 / ¹Lev II  3 | ¹Lev I  1 / ¹Lev II  3 | ¹Lev I  1 / ¹Lev II  3 | ¹Lev I or ¹Lev II  3 |

T = Testing Required, R = Recommended

¹Level testing requirement based on product categorization in Supplier Liability Index Matrix (see below)
- Level I includes Category I items, Level II includes both Category II and Category III Items

²Subject to SBU/Dept exceptions per GM Quality & Technical Services Team
- For In-Store Testing, all Apparel categories (DI or Domestic import, Private Brand or Non-Private Brand) will be tested at Level II frequency.

*Import Supplier Types:
  Type A:  Overseas suppliers who control and manage their business with Global Sourcing oversight
  Type B:  Domestic import suppliers who control and manage their business domestically with buyer oversight
  Type ³C:  Import suppliers who owns the product and label, which is well-recognized within the product category
    - Brand must be included in Responsible Sourcing's Approved Brand List on Retail Link otherwise it will be classified as a Type B supplier

## Supplier Liability Index (SLI) Matrix
https://corporate.walmart.com/media-library/document/supplier-liability-insurance-matrix-february-2018/_proxyDocument?id=00000161-5742-dcfd-a37b-fff3c5200001

CATEGORY I: Any product not described under Category II, III shall be considered within Category I

CATEGORY II: Any product with the following attributes shall be considered within Category II:
- Powered by or connected to the household electrical system or a rechargeable battery, excluding heaters
- Designed to contain a fire or be consumed by fire, excluding fire fueled by a liquid, gas, or gel
- Intended for babies, infants, or young children, including but not limited to clothing, furniture, personal care, carriers, and automotive seats/boosters, but excluding medications
- Designed to be ridden outdoors and propelled by the rider
- Designed to hold a human body at a height greater than 6 feet
- Intended to keep a human body afloat in water
- Air-powered rifle or pistol and any canister/container for propellant associated with such items
- Outdoor play equipment designed to assist or elevate the user to a height greater than 3 feet
- Intended to prevent injury to the face, head, neck, or spine

CATEGORY III: Any product with the following attributes shall be considered within Category III:
- Designed to contain a fire or be consumed by fire fueled by a liquid, gas, or gel and any container designed to hold such fuels
- Designed to be ridden and powered by a combustible fuel
- Designed to be ridden on a public roadway, excluding items propelled by the rider
- Designed to bear the weight of an automobile, including but not limited to tires, jacks, stands, & hoists
- Firearm or ammunition and any propellant or explosive item associated with firearms
- Designed to kill plants, insects, or animals by means of chemical or biological agent
- Liquid, powder, gel, or gas that presents a significant risk of injury or death if ingested, inhaled, or applied to human skin in small quantities and any item containing such substance
- Substance that exhibits one or more of the following characteristics as established by U.S. law: ignitability, corrosivity, reactivity, or toxicity
- Item designed to heat a space

Go to Performance Manual for detailed instruction on specific product
Retail Link > Apps > P > Product Quality and Compliance Library>Various Manuals

TI_001619



B. **Brand Types and Supplier Designations**
- **Non-Private Brand**: Brands that are supplier brands or national brands. Suppliers own the product and label, which is well-recognized within the product category, and manage their business domestically with buyer.
- **Private Brand**: Brands exclusive to Walmart, including products labeled as "Marketed or Distributed by Walmart".
- **Domestic Import**: Supplier is the importer of record.
- **Direct Import**: Walmart is the importer of record.

C. **Testing Cycles (not applicable to Online Exclusive items)**

- **Material Adoption Process (MAP) – Apparel and Soft Home Only**- Ensures fabric being used by suppliers performs to Walmart quality specifications. Follows the below process:



- **Color/Aesthetic approval – Home and GM private branded items only**- Process by which Walmart Product Development will approve a submitted physical swatch of production material.

TI_001620



- **Initial** – First time item is to be sold by Walmart

  - Pre-production - Submitted samples should be constructed in the same manner as production samples and submitted as far ahead of production as possible to ensure any problems identified can be corrected before production begins. Packaging/labeling is optional.

  - Production - Samples must be taken from actual production lots and be representative of what will be sold in all retail formats. Packaging/labeling is required. Direct Import production submissions are required to be sample sealed by a third party.

  *Note: Pre-production and production samples must be submitted separately for each factory and any new factory that may be contracted for item production.*

- **Annual** - This is designed for goods that will be sold by Walmart for more than one year. Both Product Safety & Compliance and Performance requirements are to be tested on an annual basis for as long as the item is sold by Walmart.

- **Final Inspection** – Once a PO is 100% produced and packed, a final inspection is performed by supplier or 3rd party.

- **In-store/Quality Monitoring Program (QMP)** - Product is procured from retail store level and tested for performance and quality requirements at designated third party laboratories. Product Safety & Compliance requirements are typically not included in these tests, although they may be at the discretion of PSC.

[CONTINUED ON NEXT PAGE]

TI_001621



### D. Product Modifications

- **Material/factory change**: Any time an item undergoes a material or factory change, the item must be submitted for full testing.
- **UPC change:** If a product or product package is altered due to any of the following reasons, a new UPC number MUST be assigned to the altered product:
  - Regulatory change
    - Law (enacted or pending)
    - Standard enactment or revision (i.e. ANSI, ASTM, UL, Walmart US Compliance Requirement, etc.)
    - Ruling or clarification of a ruling from any governing body (i.e. CPSC, FTC, FDA, etc.)
  - Packaging – Change in product size or package statement of size affecting how product would be regulated (i.e. adding 20% more product to the container of a product that has regulated size limit in some areas)
  - Design change
    - Changes made due to patent or trademark infringement or alleged infringement
    - Formulation changes, change of color or core composition of a product
    - Material changes, including the sourcing of component parts
    - Proactive changes to product due to a safety issue
  - Product Removals
    - All products that have been subjected to a safety recall or withdrawal must have a new UPC assigned regardless if the removal was for specific date codes or lot numbers.
    - Changes because competitor's similar product has been recalled and your product has the same feature or component.
  - Additional –
    - Adding or removing marks obtained through certifying bodies (i.e. Juvenile Products Manufacturers Association Certification [JPMA], Carpet and Rug Institute Seal of Approval [CRI], etc.)
    - Addition to a product (i.e. gift with purchase, bonus item, or any time an item is added that would be held to different laws or standards than the original product)
- **Packaging change**: If product packaging, but not the product, is substantially altered, only the package must be submitted for retesting.

### E. Sample Submission

Please contact the test labs directly for the quantity of samples required.  The test labs will not test until all required samples are received.

Suppliers may see savings through grouping of items. Items with the same fit, form, and function that were manufactured in the same factory may in some cases be grouped or consolidated for testing. Most suitable differences are either size or color of the product. Please contact the test lab for information on consolidation of samples. Items grouped together during Pre-Production and Production Testing will also be grouped during In-Store testing.

*NOTE: Samples must be submitted at the same time, in a "group".  Labs will not hold items that are sent in separately.*

TI_001622



F. **Failure Management Program**

If a sample fails to meet requirements at any phase of testing/verification, the supplier is responsible for correcting the deficiency or non-conformity and submitting a corrected sample for retesting/verification with the completed Corrective Action Plan (CAP) form provided by the third-party laboratory (see below).

The CAP must be approved before submitting the corrected product for retest. The table located on next page identifies the required source of CAP approval based on the sourcing of the product:

*[Corrective Action Plan form image]*

Go to Retail Link > Apps > P > Product Quality and Compliance Library>CAP form

TI_001623

| Testing Program | Order Type | Performance and Quality Failure | | Regulatory Failure |
|---|---|---|---|---|
| | | GS MQE/QA | Onshore Technical/QA | 3rd Party Lab |
| MAP/Component | Direct Import | A | | |
| | Domestic | | A | |
| Pre-Producton | Direct Import | A x 2times | A (3rd Failure) | N |
| | Domestic | | A | N |
| Initial Production | Direct Import | A x 1time | A (2nd Failure) | A |
| | Domestic | | A | A |
| Annual-Production | Direct Import | A x 1time | A (2nd Failure) | A |
| | Domestic | | A | A |
| In-Store | Direct Import | R | A | |
| | Domestic | | A | |

A: Approval
R: Review
N: Not Required

**Notes:**
1. For Soft Home, Apparel, Footwear & Jewelry, supplier should upload CAP into Corporate View/BVOS.
2. In-Store Test Failure: CAP is required for Apparel, Soft Home, Footwear & Jewelry; for other division, Onshore (Bentonville) Technical/QA determine whether a CAP is required.

**Retest due to failure:** A maximum of two retests will be allowed if the pre-production sample fails testing. A maximum of one retest will be allowed if the production sample fails testing. Any additional retests must be approved by the technical team. The retest sample must be submitted within 3 months of the failed report.

### G.  Product Removal

Occasionally, a product is identified that does not meet regulatory, legal, or quality requirements. When this occurs, Walmart removes the item from stores, clubs, distribution centers (DC), and online through a multi-team process initiated by the Retail Link Product Removal process. For more information, please reference the guide found on Retail Link by following the path below:

Retail Link->Docs->Product Removal Supplier Process Guide->Product Removal Help

Domestic suppliers are also obligated to register with the Consumer Product Safety Information Database, www.saferproducts.gov, to ensure that reports of harm submitted by consumers regarding any of their products are received.

TI_001624



### IV. Product Safety & Compliance Program (Including Walmart and Sam's Club)

The information in this section relates only to requirements deemed regulatory in nature by Walmart Stores Inc. and are managed by the Walmart Product Safety and Compliance team. Subsequent sections provide information related to quality requirements.

### A. Non-Private Brand Product Testing/Verification Program: (not applicable to Online Exclusive items)

Non-Private brand products may be subject to product safety and compliance requirements by multiple retailers. To minimize duplicative testing, suppliers of **domestically sourced non-private brand products** may submit samples with a passing third-party test report to their Walmart assigned lab in lieu of testing/verification for regulatory requirements not listed on the Document Acceptance List, using the following guidelines:

- The test report must be dated within the past twelve months and issued by a CPSC accepted lab (https://www.cpsc.gov/cgi-bin/labsearch/ )
- The test report must reflect testing/verification for the exact product sold to Walmart.
- The test report must include the date, item identification; testing/verification performed and designated passing result for the applicable requirement(s).

The Walmart assigned third-party laboratory will review the test report against the product testing/verification protocols and will test only to those requirements not covered by the submitted test report.

This program cannot be utilized to satisfy Walmart Stores or Sam's Club quality testing program requirements and is not an option for private brand or direct import products except for Online Exclusive items.

### B. Global Registration Services (GRS)

Walmart uses the Vendor Watch program through GRS to verify and monitor the compliance status of registered licenses. Suppliers selling any type of product that is **stuffed or upholstered** must create an account with GRS and subscribe to the Vendor Certification service in order to register the necessary state licenses for their stuffed and/or upholstered articles.

The GRS website and all relevant information can be accessed at the following link: http://www.globalrsinc.com.

### C. Worldwide Environmental & Regulatory Compliance Systems (WERCS)

For products that contain any type of **chemical, aerosol, or pesticide,** and for products that contain **batteries with lithium or lead**, suppliers are required to complete the Chemical Assessment Review Process by submitting formulation information to the WERCS.

Access the following site for additional information: https://secure.supplierwercs.com/ or call WERCS directly at (518)720-6220.

### D. Consumer Product Safety Commission (CPSC) Regulatory Robot

The Consumer Product Safety Commission (CPSC)'s Regulatory Robot is an online tool which can help suppliers determine what US safety requirements apply to specific consumer products. The Robot uses input provided by the individual user to identify important product safety requirements which should be reviewed before manufacturing or importing consumer

TI_001625

product. The Robot is not intended as legal advice, nor does it replace or supersede a manufacturer's obligations to comply with all applicable CPSC requirements. Be aware this link may not include requirements which Walmart Inc. has chosen to adopt and are reflected in the protocols and directives which can be accessed through Retail Link.

The CPSC Robot is available at https://business.cpsc.gov . The Robot is mobile-friendly and available in English and Chinese, and partially available in Spanish, Vietnamese, and Indonesian.

E.  **Document Acceptance List**

The Document Acceptance List <sup>(Internal Link)</sup> (DAL) outlines when prior third-party test reports or documentation can be accepted by the Walmart-assigned third-party laboratories in lieu of conducting physical and/or chemical tests.

PSC reserves the right to require testing for products where documents have been submitted in lieu of testing.



F.  **Letters of Guarantee (LOG)**

   1. **Using LOG for an Entire Item**

   Letters of Guarantee can be applied in conjunction with the Document Acceptance List in the following situation(s) to cover testing for <u>an entire item</u>:

   1. **Sourcing Change** – Product was previously carried as direct import and is being switched to domestic or vice versa. This does not apply to a change in factory.
   2. **Retail Format Change** – Product is carried in Walmart under one UPC and/or item number, and it is now being added to Dotcom under another or vice versa (also applicable to products changing departments).
   3. **Discontinued Item** – Product has been discontinued; there is residual inventory for sale; and the residual inventory is representative (i.e., produced at the same

TI_001626



time, in the same factory, and using the same materials) of the product tested under the last production report.

4. **Supplier Name Change** – Product was tested under the previous supplier name, and the supplier has undergone a name change before the production test expires.
5. **Bundle / Assortment** – Product is a bundle / assortment under a single UPC and made up of products under various UPCs which have current production test reports or vice versa (e.g., dinnerware set under one UPC and individual dinnerware pieces under various UPCs).



\*Please refer to the LOG General Requirements for information on what must be certified. The lab may conduct a gap analysis to determine if there are any testing gaps and test for the gaps.

2. **Using LOG for Part of an Item**

Letters of Guarantee can be applied in conjunction with the Document Acceptance List in the following situation(s) to cover testing for part of an item:

1. **Bulk Material** – Product is composed of a material that has undergone bulk material testing (e.g., plush in comforter).
2. **Component** – Product is composed of a component that has undergone component testing (e.g., mechanical motor in blender, wheels on toy vehicles, doll hair, beads of the same color in activity kits).



*Please refer to the LOG General Requirements for information on what must be certified. The lab may conduct a gap analysis to determine if there are any testing gaps and test for the gaps.

### 3. General Requirements

Letters of Guarantee must include the following:
1. Drafted on supplier's company letterhead or include an e-verification of the origin of the LOG
2. Date
3. Product name, UPC, item number and description
4. Original test report number and test date, if applicable
5. Statement of guarantee certifying that the original test report provided applies to the product being shipped to Walmart, if applicable
6. Statement of guarantee certifying that the product is representative (i.e., produced at the same time, in the same factory, and using the same materials) of the product tested in the production report, if applicable
7. For products requiring a tracking method (e.g. children's products, wood products, etc.), indicate how the product can be linked to the test report (e.g. tracking label, lot code, etc.)
8. Signature of an officer of the company
   ▫ For the purpose of letters of guarantee, an officer is a high-level management official with authority to act on behalf of the company
9. If applicable, a copy of the test report must be attached showing that:
   ▫ Product was tested by a Walmart approved test laboratory and meets the Walmart testing/verification requirements, AND
   ▫ Test report meets the Walmart product testing/verification program time frame

TI_001628



## V. Walmart US Quality Programs (Excluding Consumables, Health & Wellness, Sam's Club and Online Exclusive Items)

### A. General Merchandise Testing

#### 1. In-Store Performance Testing

For the General Merchandise (Non-Apparel) items "initial In-Store Quality Audit", all sizes and colorways representative of each style will be randomly pulled for testing as soon as the products are available in stores. Full testing will be conducted including color match testing.

It is the supplier's responsibility to inform Walmart at gmtechnical@wal-mart.com of any items that have been discontinued and should be removed from the In-Store testing program.

Walmart Private Brand and Non-Private items require In-Store testing according to the chart on page 4, unless otherwise specified by Walmart

Additional In-Store goods may be tested when the "initial In-Store Quality Audit" results in a test failure.

High Sampling Retest from multiple regions for Major or Minor failures will be at the direction of the Walmart Quality and Technical Team.

#### 2. In-Store High Volume Sampling (HVS-Larger Local/Regional Pulls)

When an in-store test fails and there is reason to believe that the failure is widespread, a larger local or regional pull can be initiated across 5 regions of the country. The results determine the extent of the failure and possible courses of action.

| The total number of samples for HVS will be based on ANSI/ASQ Z1.4 Special Inspection Level S-4 | | |
|---|---|---|
| Order Size | Sample Size | Number of major and critical defects- Accept/Reject |
| Up to 10,000 pieces | 32 pieces | 2/3 |
| 10,001 to 35,000 pieces | 50 pieces | 3/4 |
| 35,001 to 500,000 pieces | 80 pieces | 5/6 |
| 500,001 and up | 125 pieces | 7/8 |

#### 3. Reduced In-Store Testing (RIST) and Skip Pre-Production Testing (SKPPT)

Walmart rewards "Best in Class" suppliers for consistently providing quality products in our Private Label Brands with a reduction in the frequency of In-Store testing from quarterly to annually. The criteria for reduced In-Store testing are based on Walmart business requirements and supplier quality performance in the following areas:
- Product Withdrawals and Recalls
- Return Rate (RR)
- In-Store Testing

TI_001629



To be considered for participation, suppliers must meet the following requirements:

- Business requirements for product category align with In-Store testing reduction program
- No product withdrawals or recalls in the past fiscal year
- Return Rate (RR) compared to the category average
- In-Store Testing Fail Rate compared to the category average

Eligibility assessments will be conducted annually. New and continued participation in the In-Store testing reduction program will be based on supplier product quality performance for the previous year.
*Note:* Suppliers will be immediately dropped from the In-Store testing reduction program for any product withdrawal or recall.

Suppliers will be notified if they are eligible to participate in the program.

Suppliers approved for RIST are automatically approved for SKPPT.
With the Skip Pre-Production Testing Program (SKPPT), Walmart Private Brand suppliers have the option to skip the Pre-Production testing portion of the Walmart General Merchandise Approval and Testing Process in the eligible category.

If suppliers "opt-in" to SKPPT, they are not required to perform Pre-Production testing. (Samples for PD/Buyer aesthetic review may still be requested).  SKPPT allows suppliers to go directly to Production testing.

It is highly recommended that suppliers still elect to take advantage of Pre-Production or Vendor Only Testing to Walmart requirements in order to prevent potential shipment delays or PO cancellations due to a failed Production test.

Suppliers must complete the SKPPT Form with Instructions and submit it along with the Production test request form and samples.

[CONTINUED ON NEXT PAGE]

TI_001630



## VI. *Online Exclusive* Compliance and Quality Product Testing Process
### (Compliance Scope = walmart.com     Quality Scope = walmart.com)
**Applicable for Walmart US General Merchandise Online Exclusive items (Except Apparel)**

A.  Any Item that is Private Brand and/or Direct Import:

| | | |
|---|---|---|
| **Step 1** | **Product Development Approval** | **Samples are to be submitted directly to the Product Development contact, along with a Sample Tag attached.** Only AFTER receiving PD approval, the Supplier may send samples to the Lab for testing. |
| **Step 2** | **Production Testing (PT)** <br><br>**Note: Pre-production Testing (PPT) is not required for Online Exclusive Items.** | To start the testing process: <br> 1. Complete the 3rd Party Laboratory test request form (TRF). <br> 2. Submit the required test samples (contact the Lab for number of samples). <br> Test samples must include a Sample Tag or a Product Specification/BOM. <br><br> **Direct Import** product samples must be pulled and sealed per the Walmart US Sample Sealing Process for Production Testing *of items intended for children 12 years of age and under*. Contact your Global Sourcing Representative for more information on this process. <br><br> **Document Acceptance:** In addition to the Document Acceptance List (DAL) process shown in the manual, the following may be used *except for items intended for children 12 years of age and under.* Existing 3rd Party Lab test reports dated within 1 year **MAY** be accepted for PPT or PT. For example, a valid PPT report WITH Compliance testing included. The test report and Letter of Guarantee (LOG) stating no changes have occurred must be submitted to a Lab approved by Walmart for the Department in question. A sample must be included with either the PPT or PT. The Lab will determine if current requirements have been satisfied. **Additional testing, samples, and/or documentation may be required.** Contact appropriate Lab for details. |

**Production-Limited Testing Details**

| **Scope for Production-Limited Testing:** Departments 14, 16, 17, 18, 20, 22, 67, 71, 72, 74. | |
|---|---|
| • Non-Electric Items in any Department except D71, D16. | **Commitment Quantity of 1000 pieces or Less:** Production - Limited testing* <br><br> **Commitment Quantity Greater than 1000 pieces:** Production - Full testing |
| • Electric Items *without* an A/C plug (low voltage cables, etc). <br> • Battery powered items (except Li-Ion powered). | **Commitment Quantity of 800 pieces or Less:** Production - Limited testing* <br><br> **Commitment Quantity Greater than 800 pieces:** Production - Full testing |
| • Electric Items *with* an A/C plug. <br> • Li-Ion powered items. <br> • All D71, D16 items. | **Commitment Quantity 500 pieces or Less:** Production - Limited testing* <br><br> **Commitment Quantity Greater than 500 pieces:** Production - Full testing |

TI_001631



|  | *NOTE: Production-Limited testing includes all Regulatory, Compliance, and select Quality requirements.<br>NOTE: Commitment quantity is the number of sellable units for a given item on the purchase order/commitment. Multiple colors and sizes of the same item are added together to determine quantity. |
|---|---|

**B.**     **Any item that is BOTH Non-Private Brand and Non-Direct Import:**

| Step 1 | Product Development Approval | Product Development and/or Buyer approval as designated. |
|---|---|---|

| Step 2 | Production Testing | Supplier ensures compliance to requirements and must provide documentation if requested. |
|---|---|---|

NOTE: ALL items that are sold for more than one year must be tested on an annual basis for Product Safety & Compliance requirements. This is "Production-Annual" testing.

NOTE: Private Brands are brands exclusive to Walmart, including products labeled as "Marketed or Distributed by Walmart".

TI_001632